IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-41215
Conference Calendar

_____

ANTHONY WAYNE WHITE,

                                        Plaintiff-Appellant,

versus

BRUCE E. ZELLER, Assistant Warden;
METTIE DEGETAIRE, Mail Clerk,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:96-CV-88
- - - - - - - - - -
August 14, 1997
Before KING, HIGGINBOTHAM, AND DUHÉ, CIRCUIT JUDGES.

PER CURIAM:[*]

     Anthony Wayne White, Texas prisoner #541668, appeals the
dismissal of his 42 U.S.C. § 1983 complaint as frivolous pursuant
to 28 U.S.C. § 1915(e)(2).  He argues that prison officials
denied his constitutional right of adequate, effective, and
meaningful access to the courts.  We have reviewed the record and
White's brief, and we conclude that White's appeal is without
merit and therefore frivolous.  See Howard v. King, 707 F.2d 215,

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

219-20 (5th Cir. 1983).  White is cautioned that future frivolous civil suits and appeals filed by him or on his behalf will invite the imposition of sanctions.  White is cautioned further to review any pending suits and appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED.